UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICKFORD SAMAROO,                            :
                                             :
                           Plaintiff,        :          25-CV-6355 (MMG) (RWL)
                                             :
            - against -                      :
                                             :
NEW YORK CITY HOUSING AUTHORITY,             :                **ORDER**
ET AL.,                                      :
                                             :
                           Defendant.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter at Dkt. 23 requesting certain information.  Having considered the request, the Court orders as follows:

1.      The Clerk of Court is respectfully directed to send Plaintiff instructions for pro se litigants even if previously provided.

2.      The issue of "waiver of service" is moot with respect to service of the complaint as that event has already occurred and defendants have responded by either motion to dismiss or answer.

3.      To the extent Plaintiff is asking to waive his obligation to serve defendants with his copies of his filings, service is accomplished once Plaintiff's filings are docketed on ECF.  Plaintiff may also apply to file his documents electronically by filing the completed application available at https://nysd.uscourts.gov/sites/default/files/2019-04/2012-prosemotionecffiling-final.pdf.  As for service of Defendants' filings on Plaintiff, Plaintiff may, if he wishes, consent to receive service by email notification from the ECF system.  To consent, Plaintiff must complete and file the application available at

1

https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf.

4.      All Defendants have responded to the Complaint.  The NYPD Defendants have filed an answer.  (*See* Dkt. 22.)  NYCHA has responded by filing a motion to dismiss. (*See* Dkt. 16.)  Plaintiff filed his opposition to the motion.  (*See* Dkt. 24.)  NYCHA has not yet filed a reply.  Because NYCHA has filed a motion to dismiss, it is not obligated to file an answer to the Complaint unless and until the motion to dismiss is denied in part or in whole.

5.      The Court will schedule an initial pretrial conference with the parties.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 26, 2026
        New York, New York

Copies transmitted this date to all counsel of record.