UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

RICKFORD SAMAROO,                              :
                                               :
                         Plaintiff,            :        25-CV-6355 (MMG) (RWL)
                                               :
            - against -                        :
                                               :        **ORDER**
NEW YORK CITY HOUSING AUTHORITY,               :
ET AL.,                                        :
                                               :
                         Defendant.            :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the parties' filings concerning the case management conference and discovery.  The Court grants NYC's request to adjourn the initial pretrial conference, and corresponding date to file the  proposed case schedule and plan, to a later date during the week of April 13, 2026, or soon thereafter, which will be set by separate notice or order.  NYCHA's request to stay discovery pending its motion to dismiss will be discussed at the initial pretrial conference.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 33.  Additionally, in response to Plaintiff's request (*see* Dkt. 34), the Clerk of Court is respectfully directed to send to Plaintiff another copy of the Information Package at Dkt. 7 and to note same on the docket.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2026
       New York, New York

1

Copies transmitted this date to all counsel of record.