UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICKFORD SAMAROO,

                    Plaintiff,

        - against -

NEW YORK CITY HOUSING AUTHORITY,
ET AL.,

                  Defendant.

------------------------------------------------------------X

25-CV-6355 (MMG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial case management conference held via Microsoft Teams on April 15, 2026, NYCHA's motion to stay discovery pending determination of its motion to dismiss is DENIED.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 31.

                SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  April 15, 2026
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Rickford Samaroo
419 West 17th Street
Apt 2G
New York, NY 10011