Denied.  The two documents are different in nature:  one is a Grievance Claim form; the other is a Member Notice.  SO ORDERED:

UNITED STATES DISTRICT COURT

5/5/2026

SOUTHERN DISTRICT OF NEW YORK

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

RICKFORD SAMAROO,                                   Case No.: 25-cv-6355 (MMG) (RWL)

Plaintiff,

-against -

NEW YORK CITY HOUSING AUTHORITY,

ET AL.,

Defendants.

RE: Plaintiff's Letter-Motion for Criminal Referral Based on Fraud Upon the Court

Dear Magistrate Judge Lehrburger:

I am writing to formally move this Court to issue a criminal referral to the United States Attorney for the Southern District of New York and the New York County District Attorney's Office. This request is based on the discovery of fraudulent evidence submitted by the Defendants in their motion to dismiss, specifically the materially altered administrative document dated April 4, 2024.

As demonstrated in the attached exhibits, the version of the April 4, 2024, document filed by the Defendants in January 2026 has been scrubbed of a 30-day notice provision. I have provided the authentic original document, which was postmarked by the USPS on April 9, 2024, confirming that the notice provision was indeed part of the original record. Despite my repeated questioning of this document's authenticity since it was first filed on the docket four months ago, the Defendants have refused to correct the record. Furthermore, on April 20, 2026, I served a formal Notice of Claim upon NYCHA via Certified Mail Return Receipt specifically addressing the fraudulent nature of this April 4, 2024, document. Unlike the multiple notices filed regarding the underlying May 6 and May 7, 2024, incidents (see, e.g., Docket 1, Para. 143), this is the sole Notice of Claim served directly to NYCHA regarding this specific falsified instrument.

Most notably, during the telephone conference held before Your Honor on April 15, 2026, the Defendants stood firm on the validity of the altered April 4, 2024, document. I have since requested the official transcript of that conference to preserve their statements for the record. This document, purported to be part of NYCHA's records, may be used to prosecute a Holdover proceeding against me in Manhattan Housing Court (Index No. 322317/24, filed 12/19/24), despite the fact that they have failed to complete the appropriate impartial due process and administrative protocols (seemingly initiated on 4/4/24) required by law. This demonstrates a willful attempt to mislead this Court and create a false legal justification for the warrantless entry and swatting incident that occurred at my residence on May 6 and May 7, 2024.The following exhibits are attached in support of this motion:

- Exhibit A: A side-by-side comparison of the altered April 4, 2024, version filed to the SDNY docket by the Defendants in January 2026 and received by UPS, versus the authentic April 4, 2024, administrative document (including the USPS April 9, 2024, postmarked envelope).
- Exhibit B: Evidence of a pattern of record manipulation, specifically three inconsistent versions of the June 5, 2025, Remaining Family Member (RFM) hearing outcome product: a NYCHA-stamped version dated June 5, 2025; a different version also dated June 5, 2025; and

a third version dated June 9, 2025. This pattern highlights the disposal of a prior version containing a typographical error of my name, originally handled by Housing Assistant Bitto Cheriyan.
- Exhibit C: A complete copy of the filing from Manhattan Housing Court Case LT-322317-24/NY, Docket 15. This includes the criminal complaint and records of my reporting this fraud to the District Attorney's Office, bearing official stamps from both the Housing Court and the District Attorney's Office.

This is not an isolated occurrence but part of a documented pattern of "versioning" that demonstrates a systemic manipulation of administrative records by the New York City Housing Authority to fit specific litigation narratives. The submission of a falsified instrument to a federal court is a violation of 18 U.S.C. § 1503 and New York Penal Law § 175.35.

I have already initiated formal criminal complaints regarding this matter. On Wednesday, April 29, 2026, the NYPD 10th Precinct (PO Angeles-Madera) provided me with an official Complaint Number: 2026-010-1619. Documentation of my related state-level filings is included in the attached Exhibit C.

Because the two-year anniversary of the underlying incident is May 6, 2026, I respectfully request that the Court act immediately to refer this matter for criminal investigation to ensure that the integrity of the judicial process is preserved.

Respectfully submitted,

Rickford Samaroo, Plaintiff Pro Se
May 1, 2026

cc: Honorable Margaret M. Garnett, U.S.D.J.

2