

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET
NEW YORK, NY 10007

**NEW YORK CITY HOUSING AUTHORITY**

http:/nyc.gov/nycha

**LISA BOVA-HIATT**
Chief Executive Officer
**DAVID ROHDE**
EVP of Legal Affairs and General Counsel

June 25, 2026

**VIA ECF**
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The Court deems Plaintiff's Amended Complaint to be a motion to file the Amended Complaint and grants the motion. The time to respond to the Amended Complaint for all parties is extended to **July 28, 2026**. In light of the Amended Complaint, the Court deems NYCHA's motion to dismiss at Dkt. 16 to be moot. NYCHA may of course file a renewed motion to dismiss in response to the Amended Complaint. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 16.
>
> SO ORDERED:
>
> 6/26/2026
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re:  *Rickford Samaroo v. New York City Hous. Auth., et al.*; No. 25-cv-6355 (MMG)(RWL)
Letter Regarding Defendant New York City Housing Authority's Request for an Extension of Time

Dear Judge Lehrburger,

I am of counsel to David Rohde, Executive Vice-President for Legal Affairs and General Counsel of Defendant New York City Housing Authority ("NYCHA") in the above-referenced matter. Plaintiff Rickford Samaroo ("Plaintiff") filed an Amended Complaint on June 15, 2026, which was uploaded on June 16, 2026 (ECF No. 51). To the extent this Court accepts the Amended Complaint notwithstanding Plaintiff's failure to obtain NYCHA's consent or seek the Court's leave to amend the Complaint in accordance with Rule 15 of the Federal Rules of Civil Procedure, NYCHA writes to respectfully request an extension, from June 30, 2026, until July 28, 2026, to respond to the Amended Complaint.

This extension is being sought for three reasons. First, Plaintiff now individually names a new defendant, Partick Chan ("Chan"), in the Amended Complaint, and he therefore must serve Chan pursuant to Rule 4 of the Federal Rules of Civil Procedure. Second, this extension would provide NYCHA an opportunity to resolve the representation of Chan before responding to the Amended Complaint. Third, additional time is needed to evaluate and address the new allegations and claims raised in the nearly 50 page Amended Complaint, including those raised against defendant Chan individually if the NYCHA Law Department is retained as his counsel.

Aside from the July 14, 2026, deadline to serve requests to admit and submit a 90-day joint status letter set by the Civil Case Management Plan and Scheduling Order, dated April 15, 2026, (ECF No. 41), this request does not affect any other Court deadlines.

---

David Rohde, EVP for Legal Affairs and General Counsel · Law Department · Telephone (212) 776-5000

I attempted to contact Plaintiff twice by phone and left voicemails to obtain his position regarding this request, but Plaintiff has not responded.  Defendants City of New York, Lieutenant Issac, Officer Fucci, Officer Llanos, and Sergeant Yang consented to this request. This is NYCHA's first request for an extension of time to respond to the Amended Complaint.

Thank you for your time and consideration of this request.

Respectfully submitted,

DAVID ROHDE
Executive Vice President of Legal Affairs
and General Counsel
Kristen J. Williams, Of Counsel
New York City Housing Authority
90 Church Street, 11th Floor
New York, NY 10007
(212) 776-5152
Kristen.Williams@nycha.nyc.gov
*Attorneys for Defendant NYCHA*

TO:     Rickford Samaroo (Via Overnight Mail)
419 West 17th Street, Apt. 2G
New York, NY 10011
(646) 934-9081
Plaintiff Pro Se


MURIEL GOODE-TRUFANT (Via ECF)
Corporation Counsel of the City of New York
Attn: Gregory J.O. Accarino
100 Church Street
New York, NY 10007
gaccari@law.nyc.gov
*Attorney for Defendants City of New York, Lieutenant Issac,*
*Officer Fucci, Officer Llanos, and Sergeant Yang*