UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RICKFORD SAMAROO, Plaintiff, | : | 25-CV-6355 (MMG) (RWL) |
| - against - | : | **ORDER** |
| NEW YORK CITY HOUSING AUTHORITY, ET AL., Defendant. | : | |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants shall file a response to Plaintiff's letter at Dkt. 56 by **July 14, 2026**. In the meantime, the Court addresses Plaintiff's concerns about telephone calls from defense counsel. Such telephone calls are necessary for parties to meet and confer to discuss issues that arise and which require discussion in advance of bringing any dispute to the Court. Accordingly, Ms. Williams' calls are entirely appropriate.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Rickford Samaroo
419 West 17th Street
Apt 2G
New York, NY 10011