UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICKFORD SAMAROO,

Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

Defendant.

---

25-CV-6355 (MMG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the relief requested by Plaintiff in his letter at Dkt. 56. The request to deny Defendant's requested extension is moot, as the Court has already granted Defendants an extension. The requests for a discovery conference and issuance of a new scheduling order are denied without prejudice as premature. The parties' status-report letters at Dkts. 61 and 63 demonstrate that the parties have yet to complete the necessary meet-and-confer process to resolve or narrow disputes. If the parties cannot resolve all disputes after good faith meet-and-confer, they may seek relief from the Court.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 16, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Rickford Samaroo
419 West 17th Street
Apt 2G
New York, NY 10011