UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICKFORD SAMAROO,

Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

Defendant.

---

25-CV-6355 (MMG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendant NYCHA filed a motion to dismiss the First Amended Complaint on July 28, 2026. Plaintiff's opposition shall be filed by **August 27, 2026**. Any reply shall be filed by **September 11, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Rickford Samaroo
419 West 17th Street
Apt 2G
New York, NY 10011