UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKFORD SAMAROO,

Plaintiff,

- against -

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

Defendant.

25-CV-6355 (MMG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff commenced this civil rights action on July 31, 2025. Defendant NYCHA filed a motion to dismiss on July 28, 2026. (Dkt. 65.) Plaintiff asked for and received an extension of time to respond to the motion until September 11, 2026. (Dkt. 73.) Since NYCHA filed its motion, however, Plaintiff has filed two documents styled as "supplemental" submissions informing the Court about administrative developments in Plaintiff's NYCHA proceedings. (Dkts. 72, 74.) These filings are procedurally improper. Plaintiff shall refrain from filing any further such submissions. Plaintiff will have the opportunity to make arguments and provide information in his response to NYCHA's motion to dismiss. NYCHA need not respond to Plaintiff's letters at Dkts. 72 or 74, unless and to the extent relevant on reply in support of its motion to dismiss.

SO ORDERED.



ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 27, 2026

New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Rickford Samaroo
419 West 17th Street
Apt 2G
New York, NY 10011