UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKFORD SAMAROO,<br><br>Plaintiff,<br><br>- against -<br><br>NEW YORK CITY HOUSING AUTHORITY, et al.<br><br>Defendants. | 25-CV-6355 (MMG) (RWL)<br><br>**ORDER OF SERVICE** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff Samaroo has requested "service by the U.S. Marshals Service on Defendant Patrick Chan." (Dkt. 81.) The Amended Complaint lists Patrick Chan, "Defendant NYCHA's property manager," as a "Relevant Entit[y]," not a named party. (Dkt. 51 at 10, 17.) Nevertheless, affording the Complaint a liberal reading as the Court is obligated to do given Plaintiff's pro se status, and given the substantive allegations in the Amended Complaint naming Chan, the Court directs service on Chan as a Defendant.

To allow Plaintiff, proceeding pro se, to effect service on Defendant Patrick Chan through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for this Defendant at the following address:

Patrick Chan
NYCHA Fulton Houses
421 West 17th Street
New York, NY 10011

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect

service upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 9, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.