UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKFORD SAMAROO,<br><br>Plaintiff,<br><br>- against -<br><br>NEW YORK CITY HOUSING AUTHORITY, ET AL.,<br><br>Defendant. | 25-CV-6355 (MMG) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Defendant NYCHA's letter request at Dkt. 92:

1. The Court will schedule a discovery conference to address Plaintiff's alleged failure to cooperate in discovery.

2. The deadline for fact discovery is extended to **December 15, 2026**.

3. The deadline to file the next discovery status letter is extended to **November 13, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 92.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Rickford Samaroo
419 West 17th Street
Apt 2G
New York, NY 10011