UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| Rickford Samaroo, Plaintiff, - against - NYC Housing Authority, et al., Defendants. | 25-cv-6355 (MMG) (RWL) **DISCOVERY CONFERENCE ORDER** |

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER: Discovery Conference scheduled for **November 4, 2026, at 10:00 a.m.** **i**n Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. The Clerk of Court is respectfully requested to mail a copy of this order to the Pro Se Plaintiff, and note service on the docket.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2026
New York, New York

Copies transmitted this date to all parties of record.