UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RICKFORD SAMAROO,<br><br>Plaintiff,<br><br>- against -<br><br>NEW YORK CITY HOUSING AUTHORITY, ET AL.,<br><br>Defendant. | : | 25-CV-6355 (MMG) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on November 4, 2026, and as supplemented herein:

1. Plaintiff shall produce all documents requested by Defendants by **November 11, 2026**. Plaintiff shall not redact any information in the documents.

2. By **November 11, 2026**, Defendants shall prepare and share with Plaintiff a proposed protective order for confidential information; the parties shall then meet and confer about its terms. By **November 25, 2026**, Defendants shall submit the proposed order. If the parties do not agree on all terms, Defendants shall explain in a cover letter what those disagreements are. If the parties are not in agreement on all terms, then by **December 1, 2026**, Plaintiff may file a letter of no more than three pages setting forth his response to the Defendants' letter.

3. Until a formal protective order for confidential information is entered, the documents and information produced by Plaintiff shall be treated as confidential, for use in this litigation only, and not to be disclosed to anyone not working on this case.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Rickford Samaroo
419 West 17th Street
Apt 2G
New York, NY 10011