UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKFORD SAMAROO,<br><br>Plaintiff,<br><br>- against -<br><br>NEW YORK CITY HOUSING AUTHORITY, ET AL.,<br><br>Defendant. | 25-CV-6355 (MMG) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiff's requests set forth in Dkt. 101:

1. The NYCHA Defendants represent that they have ordered a copy of the hearing transcript and will provide a copy to Plaintiff. Accordingly, Plaintiff's request for a copy of the transcript is granted to that extent.

2. Plaintiff's request for an extension of one month to produce documents is not made in well taken inasmuch the timing for the same production was discussed and resolved at the conference on November 4, 2026, and Plaintiff has not identified any intervening reason that would justify an extension to December 11, 2026 as requested. As November 11 is a federal holiday, however, the Court grants an extension to **November 16, 2026**. If Plaintiff fails to produce the documents as ordered, he may be subject to sanctions to the full extent authorized by Fed. R. Civ. P. 37(b).

3. Plaintiff's request regarding PII and other sensitive information is moot; the Court already has issued an order for maintaining confidentiality pending entry of a more detailed protective order for confidential information.

4. Plaintiff's request for clarification of information about defense counsel and for a particularized protocol for communications with defense counsel is denied as unwarranted and unduly cumbersome. Plaintiff must respond to and engage with defense counsel regardless if the call has been previously arranged or who on behalf of defense counsel is participating in the call.

5. Plaintiff's requests regarding Defendants' production of documents are denied without prejudice as premature. Plaintiff must first meet and confer with defense counsel.

6. Defendants request an order that NYCHA need not respond to further filings by Plaintiff in this action unless directed to do so by the Court. (Dkt. 102.) That request is denied without prejudice; at this juncture, the Court is not persuaded that such a directive is necessary as of now. Such an order may be appropriate in the event that Plaintiff persists in filing frivolous or bad faith applications.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 101.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 12, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff and note service on the docket.

Rickford Samaroo
419 West 17th Street
Apt 2G

New York, NY 10011